**Clinton**